# United States District Court
## Violation Notice

CVB: WW18 M90

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4273916 | TIERNEY JOHN | 723 |

4273916

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 09-25-2014 1450
Offense Charged ☐ CFR ☐ USC ☒ State Code: 46.20.015
Place of Offense: NASWI, WASHINGTON
CHARLES PORTER AVE & BL 2866

Offense Description; Factual Basis for Charge: HAZMAT ☐
NO VALID OPERATORS LICENSE ON PERSON EXPIRED 09/12/2014

### DEFENDANT INFORMATION

Last Name: KEENER
First Name: JUSTIN
M.I.: P

Tag No: ALF7964 | State: WA | Year: 98 | Make/Model: CIVIC HONDA | PASS ☐ | Color: GREEN

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50.00 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 75.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on SEPTEMBER 25, 20 14 while exercising my duties as a law enforcement officer in the WESTERN District of WASHINGTON.

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/25/2014
Date (mm/dd/yyyy)       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)       U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.